FILED

12/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0423

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

SUPREME COURT CAUSE NO.:  DA 22-0423

IN RE THE MARRIAGE OF:

JACINTA HARRIS,

        Appellee,

and

CHRISTOPHER HARRIS,

        Appellant.

**ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME**

PURSUANT to the Motion for Extension of Time filed by Appellant, Christopher Harris,and good cause appearing therefore,

IT IS HEREBY ORDERED, and THUS DOES ORDER, that the Appellant shall have up to and including Friday, January 20, 2023, within which to file and serve Appellant's Opening Brief.

DATED THIS _____ day of December, 2022.

_____ -

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2022